**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL LARRY FALCON, | ) | CASE NO. ED CV 08-00756 R (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| D.K. SISTO, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MANUEL LARRY FALCON for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: September 16, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE